**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Jackson Ellsworth,      )
                             )
              Plaintiff,      )      No. CV 11-2554-PHX-RCB
                             )
         vs.                 )            O R D E R
                             )
Dennis Kendall, *et al.*,     )
                             )
              Defendants.     )
_____)

Currently pending before the court is a "Motion for Reconsideration to [sic] District Court Judge of Magistrate Judge's Order[]" filed by plaintiff *pro se*, James Jackson Ellsworth, on January 9, 2013 (Doc.  23).  Because this court did not order the filing of a response to the reconsideration motion, defendants did not file one.  <u>See</u> LRCiv 7.2(g) ("No response to a motion for reconsideration . . . may be filed unless ordered by the Court[.]") As explained below, the court hereby **DENIES** plaintiff's motion as moot.

On December 18, 2012, three days prior to the scheduling order's December 21, 2012, time frame for filing dispositive

1  motions, the defendants filed a motion for extension of time
2  in which to file such motions.  The defendants sought that
3  extension because defendant Kendall was on medical leave at
4  the time and "numerous Arizona Department of Corrections"
5  employees and Defendants' counsel" were going to be out of
6  the office or temporarily unavailable "due to the holiday
7  season[.]"  Mot. (Doc. 21) at 1:22-24.  On December 26, 2012,
8  the Magistrate Judge granted that motion, allowing the
9  parties "until January 22, 2013, to file dispositive
10  motions[.]" Ord. (Doc. 22) at 1:15-16.

11      In Ellsworth v. Prison Health Services, Inc., 2013 WL
12  1149937 (D.Ariz. March 20, 2013) ("Ellsworth I"), another of
13  plaintiff Ellsworth's pending lawsuits, this court detailed
14  his non-compliance with LRCiv 7.2(g)(1), which governs
15  reconsideration motions.  See id. at *1 - *2.  As in
16  Ellsworth I, in this action plaintiff also has not made the
17  requisite showing of manifest error or new facts or legal
18  authority so as to warrant relief under that Rule.  See LRCiv
19  7.2(g)(1) (emphasis added) ("The Court will *ordinarily deny* a
20  motion for reconsideration of an Order *absent a showing of*
21  *manifest error* **or** *a showing of new facts or legal authority*
22  that could not have been brought to its attention earlier
23  with reasonable diligence.")

24      Even overlooking plaintiff Ellsworth's non-compliance
25  with LRCiv 7.2(g)(1), still, he is not entitled to
26  reconsideration because, essentially, his motion has become
27  moot.  The plaintiff advances several reasons as to why he is
28  entitled to reconsideration.  At this juncture, the only one

1  worth noting is plaintiff's claim that he has been prejudiced
2  due to defendants' extension of time.   In asserting
3  prejudice, plaintiff indicated that he would "be forced to
4  request an extension to file his response to defendants[']
5  motion for summary judgment."  Mot. (Doc. 23) at 7.
6  Significantly, however, on February 25, 2013, the Magistrate
7  Judge granted plaintiff's motion for an extension of time in
8  which to file a response to defendants' summary judgment
9  motion.   Although plaintiff requested an extension until
10 March 31, 2013, Mot. (Doc. 29) at 2-3, the Magistrate Judge
11 extended plaintiff's filing time frame until April 5, 2013.
12 Ord. (Doc. 32) at 1:15-17.   In light of the foregoing, the
13 court finds that plaintiff's motion is moot.  Cf. Pitts v.
14 Terrible Herbst, Inc., 653 F.3d 1081, 1087 (9th Cir. 2011)
15 (citations omitted) ("[I]f events subsequent to the filing of
16 the case resolve the parties' dispute, [the court] must
17 dismiss the case as moot[.]")

18      Accordingly, the court hereby **ORDERS** that:

19      (1) the "Motion for Reconsideration to [sic] District
20 Court Judge of Magistrate Judge's Order[]" (Doc. 23) is
21 **DENIED**.

22      DATED this 10th day of April, 2013.

23

24

25  _____
26           Robert C. Broomfield
             Senior United States District Judge

27
28 Copies to counsel of record and plaintiff *pro se* James
   Jackson Ellsworth

- 3 -