WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth, | No:  CV11-2554-PHX-RCB |
| Plaintiff, | **ORDER** |
| v. | |
| Dennis Kendall, et al. | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice and good cause appearing,

IT IS ORDERED, that this matter is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 9th day of September, 2013.

Robert C. Broomfield
Senior United States District Judge